**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01489-CR

**WILLIAM PAUL LANGRUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-60330-L**

## ORDER

The Court **GRANTS** court reporter Vicki L. Tuck's January 8, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Tuck to file the reporter's record within **FORTY-FIVE (45) DAYS** from the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FORTY-FIVE (45) DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary FitzSimmons, Dallas County District Clerk.

/s/    LANA MYERS
        JUSTICE